Stephen R. Thomas, ISB No. 2326
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
srt@moffatt.com
17-004.0016


Attorneys for Sears, Roebuck and Co.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELANIE A. HOLLETT and GORDON D. HOLLETT, Husband and Wife,<br><br>                Plaintiffs,<br><br>vs.<br><br>LVNV FUNDING LLC, d/b/a "RESURGENT CAPITAL SERVICES, LP", d/b/a "ALEGIS GROUP, LLC", d/b/a "SHERMAN FINANCIAL GROUP, LLC", d/b/a "PINNACLE FINANCIAL GROUP", a foreign corporation; ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a foreign corporation; SEARS, ROEBUCK and COMPANY, a foreign corporation; CITIGROUP INC., d/b/a "CITI", a foreign corporation; INCHARGE DEBT SOLUTIONS, a foreign corporation; and DOE CORPORATIONS 1 through 5,<br><br>                Defendants. | Case No. 07-496<br><br>**NOTICE OF REMOVAL** |

        PLEASE TAKE NOTICE that defendant Sears, Roebuck and Co. ("Sears"), by and

through its undersigned counsel, with the consent of all other defendants known to have been


**NOTICE OF REMOVAL- 1**                                                                                              BOI_MT2:670208.1

served, hereby removes the above-captioned action from the District Court of the First Judicial District of the State of Idaho, in and for the County of Bonner, to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. Sections 1331, 1441, and 1446, and 15 U.S.C. Section 1692 *et seq.*, and respectfully states to this Court the following:

1. This action is being removed to federal court based upon federal question jurisdiction, 28 U.S.C. Section 1331, under the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692 *et seq.*

2. On or about October 9, 2007, plaintiffs, Melanie A. Hollett and Gordon D. Hollett, commenced this action against Sears by filing a Complaint for Damages ("Complaint") in the District Court of the First Judicial District of the State of Idaho, in and for the County of Bonner, bearing Case Number CV-2007-01721. As required by 28 U.S.C. Section 1446(a), a copy of all state court process, pleadings, or orders served on the removing party to date are attached hereto as Exhibit A, i.e., the Summons and Complaint.

3. This case is a suit of a wholly civil nature of which the United States District Court for the District of Idaho has original jurisdiction under 28 U.S.C. Section 1331 and 15 U.S.C. Sections 1692 *et seq.* and is one that may be removed by petitioner pursuant to 28 U.S.C. Section 1441.

4. This Court has federal question jurisdiction over the action because the Plaintiffs specifically cite and rely upon the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692 *et seq*, thereby seeking the interpretation and application of a law of the United States. *See*, e.g., Complaint at page 6, ¶¶2.9 and 3.2.

5. This action is therefore one which the United States District Court for the District of Idaho has original federal question jurisdiction under 28 U.S.C. Sections 1331 and

1441(b), as well as 15 U.S.C. Section 1692 *et seq.* Therefore, this action may be removed to this Court by Sears pursuant to 28 U.S.C. Sections 1441(b). Bonner County, Idaho, is within the venue of the United States District Court for the District of Idaho.

6. This Notice of Removal is being filed pursuant to 28 U.S.C. Section 1446(b) within thirty (30) days of service of the initial pleading in which claims for relief are asserted, and is removable because the time for filing this Notice under 28 U.S.C. Section 1446 has not expired. Sears was served with Plaintiffs' complaint on or about November 9, 2007.

7. Consents of the other defendants known to have been served are attached hereto as Exhibit B.

WHEREFORE, defendant Sears respectfully removes this action from the District Court of the First Judicial District of the State of Idaho, in and for the County of Bonner, bearing Case Number CV-2007-0172, pursuant to 28 U.S.C. Sections 1331, 1441, and 1446, and 15 U.S.C. Section 1692 *et seq.*

DATED this 19th day of November, 2007

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _____
Stephen R. Thomas – Of the Firm
Attorneys for Sears, Roebuck and Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2007, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Jeffrey R. Owens
OWENS & CRANDALL, PLLC
1859 North Lakewood Drive, Suite 104
Coeur d'Alene, Idaho 83814
*Attorney for Plaintiffs*

Michael P. Bahner
CORPORATE COUNSEL, RESURGENT CAPITAL
    SERVICES LP
15 South Main Street, Ste. 600
Greenville, SC 29601
*Attorneys for Defendant LVNV Funding LLC*

Brad Williams
421 Riverside Ave, Ste 906
Spokane, WA 99201
*Attorneys for Defendant AllianceOne Receivables Management, Inc*

Loren K. Messerly
Sheila R. Schwager
HAWLEY TROXELL ENNIS & HAWLEY, LLP
877 Main Street, Suite 1000
Boise, Idaho 83701
*Attorneys for Defendant Citigroup Inc.*

_____
Stephen R. Thomas

**NOTICE OF REMOVAL- 4**

BOI_MT2:670208.1