UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| MELANIE A. HOLLETT and GORDON D. HOLLETT, Husband and Wife,<br><br>        Plaintiffs,<br>vs.<br><br>LVNV FUNDING LLC, d/b/a "RESURGENT CAPITAL SERVICES, LP, d/b/a "ALEGIS GROUP, LLC", d/b/a "SHERMAN FINANCIAL GROUP, LLC", d/b/a "PINNACLE FINANCIAL GROUP", a foreign corporation; ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a foreign corporation; SEARS, ROEBUCK and COMPANY, a foreign corporation; CITIGROUP INC., d/b/a "CITI", a foreign corporation; INCHARGE DEBT SOLUTIONS, a foreign corporation; and DOE CORPORATIONS 1 through 5,<br><br>        Defendants. | Case No. 07-496-S-EJL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    Upon consideration of the Stipulation for Dismissal With Prejudice, executed by counsel of record of all Parties herein, in which the parties advise the Court that they have compromised and settled all issues between them, and finding good cause therefor,

ORDER OF DISMISSAL WITH PREJUDICE - 1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

All claims and counterclaims of the respective parties as set forth in the filings herein are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: **June 5, 2008**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 2